**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Adrian Barnes v. State of Texas

Appellate case number:   01-19-00630-CR

Trial court case number:  1494270

Trial court:             209th District Court of Harris County

Date motion filed:       August 14, 2020

Party filing motion:      Appellant


The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is denied.


Judge's signature:  ___/s/ Julie Countiss_____
                    Acting for the Court the En Banc Court*

Date:  __September 3, 2020____

* En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.